# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Troy EASTERLY<br><br><i>Defendant(s)</i> | )<br>)<br>)  Case No.  2:24-mj-483<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  06/04/2024  in the county of  Franklin  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841(a)(1) | Possession with Intent to Distibute a Detectable Amount of Cocaine |

This criminal complaint is based on these facts:

See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

William Jake VonEssen Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/7/2024

*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, William VonEssen, being duly sworn depose and state,

## INTRODUCTION

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been since January of 2022. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I am empowered to investigate, make arrests with or without warrants, and execute search warrants under the authority of 21 U.S.C. § 878. I hold a Bachelor's Degree in Aerospace from Middle Tennessee State University. The following represents my training and experience:

   a. I have completed the DEA Basic Agent Training Academy, which is a 17-week course in Quantico, VA that includes training in the following areas: surveillance, undercover operations, report writing, confidential source management, drug identification, legal principles, search warrant operations, case initiation and development, interview and interrogation, defensive tactics, physical training, and firearms proficiency. I continue to receive training on a daily basis by conducting criminal drug investigations and drawing from the expertise of agents more experienced than myself.

   b. As a DEA Special Agent, my experience also includes participating in criminal arrests, conducting physical surveillance, trash seizures, searching for evidence during court-authorized search warrants, and authoring search warrants as well as subpoenas.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from myself, other agents, and law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

3. This Affidavit is made in support of a federal criminal complaint against **TROY EASTERLY ("EASTERLY")** for Possession with Intent to Distribute a Controlled Substance - Cocaine, in violation of Title 21, United States Code § 841(a)(1) and (b)(1)(C).

## PROBABLE CAUSE

4. On June 4, 2024, investigators with the DEA Columbus District Office (CDO) executed a state search warrant at 1589 Valcon Place, Columbus, Ohio, the known residence of EASTERLY. Records from the Franklin County Auditor confirmed EASTERLY as the owner of the residence. Upon searching the residence, investigators encountered two occupants, EASTERLY and one other subject (identified for purposes of this affidavit as "CW"). Investigators located approximately 55.197 grams of cocaine, 2.6 grams of hydrocodone, 3.505 grams of cannabinol, nine rounds of ammunition, and a cellular device in the residence. Investigators also located a firearm, loaded with a magazine which contained sixteen rounds of ammunition in a vehicle parked on the property. Investigators also located items associated with drug trafficking in the residence, such as bulk amounts of rubber bands, scales, and drug packaging.

5. Investigators read EASTERLY his Miranda Rights, and EASTERLY responded that he wanted to speak to an attorney. Upon acknowledgement of this statement by investigators,

EASTERLY made an unprompted statement, indicating that the ownership of the 'crack, coke, and weed'. More specifically, EASTERLY stated "I got crack in there…there's cocaine in there, ain't nothin' else … a little bit of weed." When investigators commented that they observed bullets in the residence while searching, EASTERLY made another unprompted statement indicating ownership of the ammunition.

6. All seized drugs were transferred to the DEA North Central Laboratory for analysis. Three drug exhibits were confirmed to be approximately 55 grams of cocaine, a Schedule II controlled substance. One exhibit was confirmed to be Hydrocodone, a Schedule II substance. One exhibit was confirmed to be cannabinol, a Schedule I controlled substance. Based on my training and experience, I know that 55 grams of cocaine is a distribution quantity. This is supplemented by the fact that investigators located other items associated with distribution of drugs in the residence, such as drug packaging, scales, and bulk amounts of rubber bands.

7. Based upon my training, experience and my review of the evidence gathered by agents and other investigators assigned to this investigation, there is probable cause to believe that on the above date, in the Southern District of Ohio, Troy EASTERLY knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

_____
William VonEssen
Special Agent
Drug Enforcement Administration

Subscribed and sworn before me this __7th____ day of October, 2024.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio